**JS-6**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LINO ISAIAS DAVALOS PEREZ,<br><br>      Petitioner,<br><br>    v.<br><br>HDSP WARDEN B. KIBLER,<br><br>      Respondent. | Case No. CV 20-11090 MRW<br><br>**JUDGMENT** |

IT IS ADJUDGED that the action is dismissed with prejudice.

Dated: February 2, 2022

_____

HON. MICHAEL R. WILNER
UNITED STATES MAGISTRATE JUDGE